**PARKER & COVERT LLP**
17862 EAST SEVENTEENTH STREET
SUITE 204 • EAST BUILDING
TUSTIN, CALIFORNIA 92780
TELEPHONE (714) 573-0900
FACSIMILE (714) 573-0998
scovert@parkercovert.com

Spencer E. Covert, State Bar No. 047633

Attorneys for Defendants LOS RIOS COMMUNITY
COLLEGE DISTRICT and JOHN KNIGHT

EXEMPT FROM FILING FEES PER
GOVERNMENT CODE SECTION 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO COURTHOUSE

| | |
|---|---|
| DAWN WOLTKAMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS CLASSIFIED EMPLOYEES ASSOCIATION; LOS RIOS COMMUNITY COLLEGE DISTRICT; and JOHN KNIGHT, in his official capacity as President of the Board of Trustees of the Los Rios Community College District,<br><br>Defendants. | Case No. 2:20-cv-00457-JAM-AC<br>Judge: John A. Mendez<br><br>**STIPULATION FOR DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S NON-OPPOSITION AND RELEASE FROM COSTS AND FEES; ORDER**<br><br><br>Action Filed: February 28, 2020<br>Trial Date: None |

## RECITALS

WHEREAS, on February 28, 2020, Plaintiff Dawn Woltkam filed a lawsuit against the Defendants listed in the caption above, including Los Rios Community College District and the former President of its Board of Trustees, John Knight (referenced together below as the "LRCCD Defendants"); and

WHEREAS, on March 6, 2020, the LRCCD Defendants were served with the Summons and Complaint; and

WHEREAS, at all relevant times in this lawsuit, Plaintiff was a Los Rio Community College District employee; and

///

1

STIPULATION FOR DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S NON-OPPOSITION
AND RELEASE FROM COSTS AND FEES; ORDER

1     WHEREAS, all allegations against the LRCCD Defendants in the complaint filed by Plaintiff on February 28, 2020 ("Complaint"), result from events and circumstances arising from Plaintiff's employment with the Los Rios Community College District, and her participation in the Los Rios Classified Employees Association; and

    WHEREAS, the LRCCD Defendants are not interested in contesting the merits of the allegations in the Complaint or being exposed to payment of Plaintiff's costs and attorneys' fees should Plaintiff ultimately prevail.

    NOW THEREFORE, Plaintiff and the LRCCD Defendants (collectively referred to herein as "the Parties") hereby stipulate as follows:

## **STIPULATION**

    IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel of record, that the LRCCD Defendants shall remain as defendants in Plaintiff's lawsuit, but shall not oppose or otherwise contest the allegations or underlying legal theories in the Complaint. In exchange for the LRCCD Defendants' agreement not to oppose the allegations or underlying legal theories in the Complaint, Plaintiff shall waive her right to recover attorneys' fees and costs from the LRCCD Defendants if Plaintiff prevails in the lawsuit.

    Should the LRCCD Defendants oppose the allegations or underlying legal theories in the Complaint this Stipulation will be null and void.

**SO STIPULATED.**

Dated: March 9, 2020                          PARKER & COVERT LLP

                                                  By:  */s/ Spencer E. Covert*
                                                         Spencer E. Covert
                                                         Attorneys for Defendants Los Rios
                                                         Community College District, and John Knight

///

///

///

STIPULATION FOR DEFENDANT LOS RIOS COMMUNITY COLLEGE DISTRICT'S NON-OPPOSITION
AND RELEASE FROM COSTS AND FEES; ORDER

Dated: March 9, 2020                    FREEDOM FOUNDATION

                                        By:   /s/  Karen Sweigart as authorized on 3/9/20
                                              Karen Sweigart
                                              Shella Sadovnik
                                              Attorneys for Plaintiff Dawn Woltkamp

**IT IS SO ORDERED.**

DATED:  March 10, 2020                  /s/ John A. Mendez
                                        United States District Court Judge